Opinion by WALKER, J. It was stipulated that the lumber in question is similar in all material respects to that the subject of *Seaboard Lumber Sales Co.* v. *United States* (5 Cust. Ct. 161, C. D. 391). In accordance therewith it was held that the tax imposed should have been assessed only on the net footage imported. The protests were therefore sustained.

**No. 46481.**—Protest 37220–K of Burns Lumber Co. (Los Angeles).

Opinion by WALKER, J. It was stipulated that the lumber in question is similar in all material respects to that the subject of *Seaboard Lumber Sales Co.* v. *United States* (5 Cust. Ct. 161, C. D. 391). In accordance therewith it was held that the tax imposed should have been assessed only on the net footage imported. The protest was therefore sustained.

**No. 46482.**—Protests 15471–K, etc., of Seaboard Lumber Sales Co. (New York).

Opinion by WALKER, J. It was stipulated that the lumber in question is similar in all material respects to that the subject of *Seaboard Lumber Sales Co.* v. *United States* (5 Cust. Ct. 161, C. D. 391). In accordance therewith it was held that the tax imposed should have been assessed only on the net footage imported. The protests were therefore sustained.

BEFORE THE FIRST DIVISION, OCTOBER 20, 1941

**No. 46483.**—Protest 985084–G of M. Pressner & Co. (New York).

Opinion by OLIVER, P. J. In accordance with stipulation of counsel that the fur dogs in question are similar in all material respects to those the subject of Abstract 41823 the claim at 50 percent under paragraph 1519 (e) was sustained.

**No. 46484.**—Protests 981431–G, etc., of Cathay Crafts Corp. et al. (New York).

Opinion by OLIVER, P. J. In accordance with stipulation of counsel that the fluorspar articles in question are similar in all material respects to those the subject of *Cathay Crafts Corp.* v. *United States* (6 Cust. Ct. 87, C. D. 434) the claim at 40 percent under paragraph 214 was sustained.

**No. 46485.**—Protest 3230–K of Edw. P. Paul & Co., Inc. (New York).

Opinion by OLIVER, P. J. In accordance with stipulation of counsel that the fluorspar articles in question are similar in all material respects to those the subject of *Cathay Crafts Corp.* v. *United States* (6 Cust. Ct. 87, C. D. 434) the claim at 40 percent under paragraph 214 was sustained.